UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Denise Anderson, Individually and on behalf of the estate of Deneen Anderson, deceased v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 14-cv-10305-DRH

*Melinda Fatani, Individually and on behalf of the estate of Evelyn McNeill, deceased v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 14-cv-10304-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motion to Dismiss, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

Digitally signed by
Judge David R. Herndon
Date: 2016.04.07
14:58:20 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT